IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Bauerle,                    ) | No. CV 04-479-TUC-CKJ |
|          Plaintiff,              ) | **ORDER** |
| vs.                                     ) | |
| City of Tucson, et al.,           ) | |
|          Defendants.          ) | |

   Pending before the Court is Plaintiff's "Motion to Extend Time to Appeal." The final judgment dismissing this case was signed on April 12, 2005. Plaintiff filed her motion to extend time to file appeal on November 8, 2005.

   Pursuant to Fed. R. App. P. 4(a)(1) ("Rule 4"), Plaintiff had to file her notice of appeal within 30 days after judgment was entered. Plaintiff did not comply with this provision. Pursuant to Rule 4(a)(A)(5)(i), a district may extend the time to appeal upon a party's motion if "a party so moves no later than 30 days after the time" limit set in Rule 4(a)(1) which is within 30 days after the judgment is entered. Plaintiff failed to file her motion for an extension of time to appeal within this 30 day grace period.

1   Accordingly, this Court is without jurisdiction to grant Plaintiff's motion; as such,
2  Plaintiff's Motion to Extend Time to Appeal is denied. *See Vahan v. Shalala*, 30 F.3d 102,
3  103 (9th Cir. 1994)(per curium)(holding that Rule 4(a)'s time limits are jurisdictional such that
4  where a party files its motion for an extension of time more than 30 days after the time
5  prescribed by Rule 4(a)(1) expires, a district court lacks authority under Rule 4(a)(5) to
6  extend the time for filing a notice of appeal).

9   DATED this 15th day of December, 2005.

_____
Cindy K. Jorgenson
United States District Judge